JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEY PERRY, | Case No. CV 2:20-09634-AB (MRWx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| MOUNTAIN DREAM, INC.; JAY W. JOHNSON | |
| Defendant. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: August 12, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.