UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEY PERRY,<br><br>      Plaintiff,<br><br>  vs.<br><br>MOUNTAIN DREAM, INC.; a California corporation; JAY W. JOHNSON; and DOES 1-9,<br><br>      Defendants. | Case No.: 2:20-CV-09634-AB (MRWx)<br><br>**[PROPOSED] ORDER DISMISSING CIVIL ACTION WITH PREJUDICE** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

**IT IS THEREFORE ORDERED** that this action is hereby dismissed with prejudice as to all parties and claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A(ii).  Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: September 30, 2021

                                            HONORABLE ANDRÉ BIROTTE JR.
                                            UNITED STATES DISTRICT JUDGE